425 A.2d 831

Commonwealth v. Hartman, Appellant.

Argued June 26, 1979. Alan G. Leisawitz, for appellant; Gordon Zubrod, submitted a brief on behalf of Commonwealth, appellee.

Before WIEAND, ROBINSON AND LOUIK, JJ.*

Order affirmed.

WIEAND, J., filed a memorandum dissenting statement.